STATE OF CONNECTICUT *v.* PATRICK SMITH

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 666 (AC 27837), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*James B. Streeto,* assistant public defender, in support of the petition.

*Robin S. Schwartz,* assistant state's attorney, in opposition.

Decided June 25, 2008

JEANETTE CHARTOUNI *v.* JAMES DEJESUS

The plaintiff's petition for certification for appeal from the Appellate Court, 107 Conn. App. 127 (AC 27972), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Steven G. M. Biro,* in support of the petition.

Decided June 25, 2008

JOSEPH KONEFAL *v.* MARTIN KONEFAL

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 354 (AC 28253), is denied.

KATZ, J., did not participate in the consideration of or decision on this petition.

*Kim Coleman,* in support of the petition.

Decided June 25, 2008